BEFORE THE FIRST DIVISION, JANUARY 18, 1939

No. 40462.—Protest 969005–G of Herman Plaut (New York).

Opinion by SULLIVAN, J. It was stipulated that the celluloid hairbands in question are similar to those the subject of *Plaut* v. *United States* (T. D. 49463). The claim at 60 percent under paragraph 31 was therefore sustained.